# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Melissa Woodard | } | |
| Plaintiff(s) | } | |
| v. | } | Case Number: 3:17-cv-2032-HNJ |
| | } | |
| National Credit Adjusters, LLC | } | |
| Defendant(s) | } | |

## ENTRY OF DEFAULT

Upon verified application of counsel for the plaintiff and the records of this court reflecting that more than twenty-one (21) days have elapsed since defendant, National Credit Adjusters, LLC, was duly served and that the defendant, National Credit Adjusters, LLC, has failed to answer or otherwise plead to the complaint;

It is ADJUDGED that the defendant, National Credit Adjusters, LLC, is in default and that the plaintiff, Melissa Woodard, have and recover of the defendant such sum as the plaintiff shall prove to the Court, together with costs.

DONE on February 1, 2018.

SHARON N. HARRIS, CLERK

By: *Stephanie Jolen*
Deputy Clerk