# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | |
|---|---|
| **MELISSA WOODARD,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 3:17-cv-02032-MHH |
| **NATIONAL CREDIT ADJUSTERS, LLC and REVIVER FINANCIAL, LLC,** | } |
| **Defendants.** | } |

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal With Prejudice. (Doc. 20). The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** as to plaintiff's individual claims and **DISMISSED WITHOUT PREJUDCE** as to the putative class members. The parties are to bear their own attorneys' fees and costs. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this July 2, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE